# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

Case No. 25-2248

---

PAUL SHAO,

Plaintiff – Appellant,

v.

ALLSTATE INSURANCE COMPANY,

Defendant – Appellee

---

On Appeal From Order Of The
United States District Court, Eastern District of Virginia

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S RESPONSE BRIEF

---

**Defendant– Appellee**
By Their Attorney,

     */s/ J. Scott Humphrey*
J. Scott Humphrey
Katie Burnett
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 S. Wacker Dr., Suite 1600
Chicago, Illinois 60606-4637
Telephone: 312-212-4949
shumphrey@beneschlaw.com
kburnett@beneschlaw.com
**Dated: November 13, 2025**

Defendant-Appellee Allstate Insurance Company ("Allstate") respectfully moves pursuant to Fed. R. App. P. 26(b) for an adjustment to the briefing schedule. Specifically, Allstate requests a ten-day extension of time to file its response brief to Plaintiff-Appellant Paul Shao ("Shao")'s informal brief. The Court recently granted Shao's request for a 10-day extension to file his Informal Opening Brief. Shao's Brief is now due on November 20, 2025. Allstate respectfully requests a 10-day extension of its Informal Response Brief Deadline, up to and including December 15, 2025.

To date, the total number of days of extension granted to Allstate in this appeal is 0. If the Court grants this motion, the time for filing Allstate's response brief would be extended from December 5, 2025[1] to December 15, 2025. Allstate respectfully submits that there is good cause for this extension due to counsel's other significant time commitments and the upcoming Thanksgiving holiday.

The parties have conferred regarding the requested extension, which is not opposed by Appellant. No prejudice will occur to the Court or any Party if the Court grants the requested ten-day extension. Therefore, Allstate respectfully requests that this Court grant the motion for an adjustment to the briefing schedule by extending

---

[1] Allstate's response is due 14-days from Shao's filing of the Informal Opening Brief. Allstate presumes Shao intends on filing his brief on November 20, 2025.

1

the deadline for the filing of Allstate's response brief by ten days, from December 5, 2025 to December 15, 2025.

*[Signature page to follow.]*

**Date: November 13, 2025**                Respectfully submitted,
                                                                    **Defendant – Appellee**
                                                                    **Allstate Insurance Company,**

                                                                    _____/s/ J. Scott Humphrey_____
                                                                    J. Scott Humphrey
                                                                    Katie Burnett
                                                                    **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
                                                                    71 S. Wacker Dr., Suite 1600
                                                                    Chicago, Illinois 60606-4637
                                                                    Telephone: 312-212-4949
                                                                    shumphrey@beneschlaw.com
                                                                    kburnett@beneschlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on this November 13, 2025, I electronically filed the foregoing document with the United States Court of Appeals for the Fourth Circuit by using the CM/ECF system. I certify that I caused a true and correct copy of the foregoing to be served via email and US Mail upon the following:

Paul Shao (Plaintiff)
9233 Lee Masey Drive
Lorton, Virginia 22079
(202) 290-6300
paulyshao@gmail.com

/s/ *J. Scott Humphrey*
J. Scott Humphrey

*Attorney for Defendant-Appellee*
*Allstate Insurance Company*